IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:10cr27-MHT |
| | ) | (WO) |
| ROBERT A. DAVENPORT | ) | |

## MENTAL-HEALTH ORDER

In accordance with the provisions in the judgment of revocation of defendant Robert A. Davenport's supervised release, and in addition to the other requirements in the judgment, it is ORDERED that, upon defendant Davenport's release from prison:

(1) The United States Probation Office is to arrange for defendant Davenport to receive a mental-health evaluation, the result of which is to be filed in a report to the court within 30 days of his release. Among other issues, the report is to include: (A) a description of the psychiatric, psychological, and medical tests employed and the results; (B) a diagnosis of the *DSM-5* mental disorders, substance abuse disorders, and/or other mental-health problems

from which Davenport suffers, if any; (C) whether and how his mental-health problems, if any, and his substance abuse relate to, impact, and/or influence each other; (D) specific recommendations for treatment of his mental and substance abuse disorders and other mental-health problems, such as any recommendations as to any particular treatment modalities that are likely to be effective, and whether psychotropic medication would aid his treatment; and (E) recommendations, in light of any diagnosis/es or other identified problems, as to any social services or other supports that could be provided to assist him in his rehabilitation.

(2) Following the mental-health evaluation, the United States Probation Office is to arrange for defendant Davenport to receive mental-health counseling, at least, twice a month to, among other things, address any of the identified mental-health or substance abuse problems, or any other identified

problems, from his mental-health evaluation, and to assist him in his rehabilitation.

DONE, this the 16th day of July, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE